# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PELE LACRUZ WATKINS

       Plaintiff,

v.                           Case No:  8: 08-cv-82-T-30EAJ

UNITED STATES OF AMERICA

       Defendant.
_____/

## O R D E R

Upon consideration, it is **ORDERED** that this cause is **TRANSFERRED** to the Honorable Susan C. Bucklew, with his/her consent, for all further proceedings.

**DONE** and **ORDERED** in Tampa, Florida on January 17, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
The Honorable Susan C. Bucklew
Counsel/Parties of Record

S:\Even\2008\08-cv-82.transfer.wpd